UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

NICHOLAS M. KOHANOWSKI,

    Plaintiff,

v.                                                                              No. 1:26-CV-228-H

UNITED STATES OF AMERICA,

    Defendant.

## ORDER

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's application to proceed *in forma pauperis* be denied. Dkt. No. 6. The FCR further recommended that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b) if the plaintiff failed to pay the filing fee within 30 days. *Id.* No objections were filed, and the plaintiff timely paid the filing fee.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR.[1] The plaintiff's IFP application (Dkt. No. 5) is denied.

So ordered on June 15, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Because the FCR conditionally recommended dismissal, the Court adopts the FCR in full and declines to dismiss this case in light of the plaintiff's compliance.